Argued and submitted August 5, 1998, reversed and remanded April 14, 1999

## STATE OF OREGON,
*Appellant,*

*v.*

## JASON WAYNE WILLIAMS,
*Respondent.*

(10-95-08823; CA A91493)

978 P2d 453

Timothy A. Sylwester, Assistant Attorney General, argued the cause for appellant. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Diane L. Alessi, Interim Public Defender, argued the cause and filed the brief for respondent.

Before Landau, Presiding Judge, and Wollheim and Brewer,* Judges.

PER CURIAM

Reversed and remanded. *State v. Fleming / Heckathorne*, 159 Or App 565, 979 P2d 771 (1999).

---

* Brewer, J., *vice* Riggs, P. J., resigned.